IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**UNITED STATES OF AMERICA**   Case No.: 4 16-cv-00511-BYP

      **Plaintiff,**

  **vs.**

**Robert C. Haney Jr., et al.**

      **Defendants.**

### ANSWER OF STATE OF OHIO, DEPARTMENT OF TAXATION

For its answer to the complaint, the State of Ohio, DEPARTMENT OF TAXATION states the following:

1. This defendant admits the averment(s) that it may have or claims an interest in the subject property but is unable to determine, based on the vague or incomplete averments contained in the complaint, the exact nature of such interest(s).

2. This defendant is without knowledge or information sufficient to form a belief as to the truth of those averments which are not specifically admitted in this answer.

Wherefore, Defendant State of Ohio, DEPARTMENT OF TAXATION requests that its interest be protected throughout this proceeding.

        Respectfully Submitted,

        Michael DeWine (0009181)
        Attorney General of Ohio


        /s/ Darlene Fawkes Pettit
        _____
        Darlene Fawkes Pettit (0081397)
        Assistant Attorney General
        Collections Enforcement Section
        150 East Gay Street, 21st Fl.
        Columbus, OH  43215-3130
        (614)466-8270
        (614) 752-9070 Fax
        Darlene.Pettit@ohioattorneygeneral.gov

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing Answer were served by regular U.S. Mail on March 28, 2016 to all other interested parties listed as follows:

/s/ Darlene Fawkes Pettit

_____
Darlene Fawkes Pettit (0081397)
Assistant Attorney General

**Mary A Stallings**
P. O. Box 55
Washington, DC 20044
**(202)616-2604**

Robert C. Haney, Jr.
50 Redfern Drive
Youngstown, OH 44505

Mary Annette Chambers aka
M. Annette Chambers aka
Annette M. Chambers
50 Redfern Drive
Youngstown, Ohio 44505

Trumbull County, Ohio
Dennis Watkins
Trumbull County Prosecutor
160 High Street, NW
Warren, Ohio 44481